

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-07-00182-CR

_____

GEORGE ALLEN WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 05-0331X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

A jury convicted George Allen Williams of capital murder, and he was sentenced by the trial court to life imprisonment. Williams filed his timely notice of appeal October 24, 2007.

This Court has now been informed that Williams has died.

The death of an appellant during the pendency of his or her appeal deprives this Court of jurisdiction. TEX. R. APP. P. 7.1(a)(2); *Whitmire v. State*, 943 S.W.2d 894 (Tex. Crim. App. 1997); *Rheinlander v. State*, 918 S.W.2d 527, 528 (Tex. Crim. App. 1996). Accordingly, this appeal is permanently abated.


Jack Carter
Justice


Date Submitted:    January 28, 2008
Date Decided:      January 29, 2008

Do Not Publish